**Drana LULGJURAJ, Plaintiff–Appellant,**

v.

**STATE FARM MUTUAL AUTOMO-BILE INSURANCE COMPA-NY, Defendant–Appellee.**

No. 13–1796.

United States Court of Appeals, Sixth Circuit.

Dec. 19, 2014.

BEFORE: ROGERS and KETHLEDGE, Circuit Judges; and MALONEY, District Judge.*

PER CURIAM.

The judgment of the district court of May 15, 2013 is vacated, and the case is remanded to the district court for further proceedings consistent with the opinion of this court in *Elvira Ljuljdjuraj v. State*

* The Honorable Paul L. Maloney, Chief United States District Judge for the Western District of Michigan, sitting by designation.

*Farm Mutual Automobile Insurance Company,* No. 13–2641.